UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

MARY ELIZABETH NEMETH, )
)
         Plaintiff, )
) **JUDGMENT IN A CIVIL CASE**
   v. )
) **CASE NO. 4:17-CV-57-D**
NANCY A. BERRYHILL, Acting Commissioner )
of Social Security, )
         Defendant. )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings .

**This Judgment Filed and Entered on January 2, 2018, and Copies To:**
Maria Concetta Mayo          (via CM/ECF electronic notification)
Mark J. Goldenberg          (via CM/ECF electronic notification)

DATE:          PETER A. MOORE, JR., CLERK
January 2, 2018          (By) /s/ Nicole Briggeman
         Deputy Clerk