UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| MARY ELIZABETH NEMETH, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT IN A CIVIL CASE** |
| v. | ) | |
| | ) | **CASE NO. 4:17-CV-57-D** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) ) | |
| Defendant. | ) | |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Plaintiff shall be, and hereby is, awarded the sum of Three-Thousand, Six Hundred and Ninety-Three Dollars and Seventy-Five Cents ($3,693.75) for attorney fees and costs in full satisfaction of any and all claims against the Defendant arising under the EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sum, the Defendant shall be discharged from any further liability for fees, costs or expenses up until this point in time; and it is further ORDERED, that payment of such amounts shall be made directly to the Plaintiff's attorney.

**This Judgment Filed and Entered on February 20, 2018, and Copies To:**
Maria Concetta Mayo　　　　　　　　　　　　　(via CM/ECF electronic notification)
Mark J. Goldenberg　　　　　　　　　　　　　　(via CM/ECF electronic notification)

DATE:　　　　　　　　　　　　　　　　　PETER A. MOORE, JR., CLERK
February 20, 2018　　　　　　　　　　　　(By) /s/ Nicole Briggeman
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk